IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cr-00296-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, Government, <br><br> v. <br><br> JUSTIN KYLE TRIPP, Defendant. | ORDER |

On November 12, 2024, this Court entered an order [DE 98] communicating its intent to construe Defendant Tripp's motion for a new sentencing hearing [DE 69] as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court issued a *Castro* notice, informing defendant of the restrictions and requirements of § 2255, and gave Tripp thirty days in which to confirm or deny his intent to pursue a motion under § 2255.

On November 22, 2024, Tripp filed a *pro se* motion withdrawing his previous motion for relief. Accordingly, this Court GRANTS the *pro se* motion [DE 99] and deems the prior motion [DE 69] WITHDRAWN.

Further, for good cause shown, the present motion to withdraw [DE 99] and the Court's prior order [DE 98] are SEALED.

SO ORDERED, this 25 day of November 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE